IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

KRISTINA M. DENNIS,

    Plaintiff,

  v.

CAROLYN W. COLVIN, Commissioner,
Social Security Administration

    Defendant.

No. 6:12-cv-0417-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#30) and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections, Defendant filed a response to Plaintiff's objections, and I have reviewed the file of this case *de novo*. 28 U.S.C. §

1 - ORDER

636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981).

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation (#30). The Commissioner's decision is AFFIRMED and the case is DISMISSED.

IT IS SO ORDERED.

DATED this 30 day of August, 2013.

OWEN M. PANNER
U.S. DISTRICT JUDGE